United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-10560-pmm
Caroline Mosley Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 22, 2026 Form ID: pdf900 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Caroline Mosley, 733 N. 38th Street, Philadelphia, PA 19104-1615 |
| 14675575 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14675585 | + | Midland Credit Management, Inc., 4 E Rolling Crossroad Ste 307, Catonsville, MD 21228-6279 |
| 14675586 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14675588 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14711155 | + | The City of Philadelphia Law Department, c/o Pamela Elchert Thurmond, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 23 2026 01:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2026 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Sep 23 2026 01:47:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2026 01:48:39 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 14675579 | Email/Text: megan.harper@phila.gov | Sep 23 2026 01:47:00 | City of Philadelphia Law Dept., Real Estate Taxes, 1515 Arch Street 15th Floor, Philadelphia, PA 19102 |
| 14716292 | Email/Text: megan.harper@phila.gov | Sep 23 2026 01:47:00 | Water Revenue Bureau, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14675768 | Email/Text: megan.harper@phila.gov | Sep 23 2026 01:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14675577 | Email/Text: megan.harper@phila.gov | Sep 23 2026 01:47:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14711618 | Email/Text: megan.harper@phila.gov | Sep 23 2026 01:47:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14675576 | Email/Text: megan.harper@phila.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 23 2026 01:47:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14675578 | + | Email/Text: bankruptcy@philapark.org | Sep 23 2026 01:47:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14675580 | | Email/Text: bankruptcycourts@equifax.com | Sep 23 2026 01:46:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14675581 | ^ | MEBN | Sep 23 2026 01:45:54 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14675582 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2026 01:46:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14675583 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2026 01:47:00 | Kristina Homoleski, 8875 Aero Dr, San Diego, CA 92123-2251 |
| 14689328 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2026 01:59:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14677183 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2026 01:48:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14675584 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2026 01:59:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14687982 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2026 01:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14675589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2026 01:48:27 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14684102 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2026 01:48:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14675587 | + | Email/Text: bankruptcy@philapark.org | Sep 23 2026 01:47:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14674384 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2026 01:48:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14674290 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2026 01:59:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14675590 | | Email/Text: DASPUBREC@transunion.com | Sep 23 2026 01:46:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Caroline Mosley help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>CAROLINE MOSLEY<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 22-10560-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 22, 2026**

Patricia M. Mayer

Honorable Patricia M. Mayer
Bankruptcy Judge